| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **MAGISTRATE JUDGE'S MINUTES** |
| **DISTRICT OF ARIZONA - TUCSON** | |

DATE: 7/13/2010　　　CASE NUMBER: CR 10-00558-TUC-JMR(DTF)

USA vs. FERNANDO BARCELO-RIOS

DEFENDANT: ☒ PRESENT　☐ NOT PRESENT　☐ RELEASED　☒ CUSTODY

U.S. MAGISTRATE JUDGE: MAGISTRATE D. THOMAS FERRARO　Judge #: 70BU

U.S. Attorney Melissa Meister　　　INTERPRETER REQ'D Clark Feaster

Attorney for Defendant Antonio Zapata　　☒ Appt　☐ Ret　☐ FPD　☐ Spec Appr

MOTION TO WITHDRAW AS COUNSEL:

Court hears from counsel and defendant.

IT IS ORDERED Motion to Withdraw as Counsel/Motion for appointment of Counsel (Doc. 16) is DENIED.

Jury Trial is currently set for 8/3/2010 with a Plea Deadline of 7/16/2010.

Recorded by Courtsmart
BY:　Pamela Sweigart
Deputy Clerk

　Mot Hrg: